## Anonymous.

*The affidavit upon which to move for judgment as in case of nonsuit, must shew there has been a circuit at which the plaintiff might have tried his cause.*

*The court will not take judicial notice that there has been such a circuit.*

W. Mulock moved for judgment as in case of nonsuit, for not proceeding to trial at the last circuit in the county of *Delaware*.

J. L. *Tillinghast* objected, that it did not appear by the affidavit on which the motion was founded, that there had been any circuit in *Delaware* since the cause was put at issue.

*Mulock* suggested, that the court would take judicial notice that there had been such a circuit.

*Curia.* We have often held otherwise. Before you can move for judgment as in case of nonsuit, you must shew by your affidavit affirmatively, that there has been a circuit at which the plaintiff might have tried his cause. Till this is shown, it does not appear that he was in default.